IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARCELLOUS L. WALKER,

    Petitioner,

v.

DEBORAH MCCULLOCH, Director,
Sand Ridge Treatment Center,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-67-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Marcellous L. Walker for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed as moot.

_____       10/17/12
Peter Oppeneer, Clerk of Court                    Date